IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                February 23, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

DIANA RIVERA-RAMOS

vs                                    CIVIL 98-1941CCC

KOMODIDAD DISTRIBUTORS

By order of the Court defendant's Informative Motion and Notice of Appearance(**docket entry 13**) is NOTED. The Clerk of the Court to take notice. Parties to be notified.

                                        ⁓ - Secretary

s/cs:to (3)
attys/pts
in ICMS