# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    **February 20, 2002**

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DIANA RIVERA-RAMOS

Plaintiff

vs                                        CIVIL 98-1941CCC

KOMODIDAD DISTRIBUTORS, INC.
d/b/a GASTBY

Defendant

Attorney Alejandro Oliveras-Rivera, counsel for plaintiff having informed on this date via telephone that this action has been settled, the **pretrial conference set for today and the jury trial set for May 21, 2002 are VACATED.** The parties are given a term of ten (10) days to file settlement papers. Parties to be notified.

─ Secretary