IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA RIVERA-RAMOS

Plaintiff

vs                                                CIVIL 98-1941CCC

KOMODIDAD DISTRIBUTORS, INC.
D/B/A "GATSBY" AND PUERTO RICO
AMERICAN INSURANCE CO.

Defendants

### JUDGMENT

Having considered th Stipulation filed by the parties on March 1, 2002 (**docket entry 24**), the same is APPROVED and this action is hereby DISMISSED, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 11, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (3)
attys/pts
in ICMS

MAR 1 3 2002