## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    **March 25, 2002**

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DIANA RIVERA-RAMOS

Plaintiff

vs                                    CIVIL 98-1941CCC

KOMODIDAD DISTRIBUTORS, INC.
d/b/a GASTBY

Defendant


By order of the Court the parties' Motion in Satisfaction of Judgment (**docket entry 26**) is NOTED.  The docket shall so reflect.


⌐⌐Λ - Secretary


s/cs:to ( ⟩ )
attys/pts
in ICMS


MAR 2 6 2002